# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AM1 | E 1636428 | Kellum | K4315 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/18/2024 1815 | AL 32-5A-171 |

**Place of Offense:** Christian adj ASP

**Offense Description, Factual Basis for Charge:** Speed (55/45 mph zone)

B/M m1/Civ Cntr.

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Walker
**First Name:** Kalvin
**MI:** Jamal

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6AOUREA | AL | 08 | Chev/Tahoe | | blue |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBD
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1636428*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **18 June**, 20**24** while exercising my duties as a law enforcement officer in the **Middle** District of **Alabama**

While driving on Christian heading south, I observed a vehicle in the north bound lane that appeared to be traveling faster than the posted speed limit of 45mph on Christian. I activated the front antenna of Stalker DSR 2x and confirmed a speed of 55mph via clear audio doppler tones and visual observation. I turned around and initiated a traffic stop on Christian adjacent to ASP. Walker was identified as the operator. One CVB was issued for the above described offense.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/18/2024     Officer's Signature: [signature] Alexander Kellum

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident